UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO 23-12 (3) (SRN/ECW)

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| | ) | **MOTION FOR DISCLOSURE** |
| **v.** | ) | **OF GRAND JURY** |
| | ) | **TESTIMONY OF ANY** |
| **VENUS MILDRED MARQUEZ-MELENDEZ** | ) | **WITNESS WHO WILL** |
| | ) | **TESTIFY AT SUPPRESSION** |
| **Defendant** | ) | **HEARING** |

Defendant Venus Mildred Marquez-Melendez, through her undersigned attorney, moves the court for an order requiring the government to provide the Grand Jury Testimony of any witness who will testify at the suppression hearing.

**JOHNSON & GREENBERG, PLLP**

Dated: March 9, 2023

*s/Lee R. Johnson*
Lee R. Johnson #189935
5775 Wayzata Boulevard
Suite 700
St. Louis Park, MN 55416
(952) 545-1621

Attorney for Defendant
Venus Mildred Marquez-Melendez

1