UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO 23-12(3) (SRN/ECW)

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| ) | |
| ) | |
| **v.** ) | **MOTION TO SUPPRESS** |
| ) | **STATEMENTS** |
| **VENUS MILDRED MARQUEZ-MELENDEZ** ) | |
| ) | |
| **Defendant.** ) | |

Venus Mildred Marquez-Melendez, by her undersigned counsel, moves the Court for an Order suppressing the following statements she made to police:

A.  to Rochester Police Department Officer Jake Matz on September 22, 2022, shortly following the investigatory stop/arrest.

B.  All other statements that Ms. Marquez-Melendez made to law enforcement on September 22, 2022;.

The grounds for this motion are as follows:

1.  Ms. Marquez-Melendez's statement was the fruit of an illegal investigatory stop (See Motion to Suppress Evidence Obtained as a Result of Search and Seizure, ECF No. 48). As a result, her statements should be suppressed pursuant to *Wong Sun v. United States,* 371 U.S. 471, 488, 83 S.Ct. 407 (1963).

2.  Ms. Marquez-Melendez's statement was the result of custodial interrogation but was not preceded by a full advisory of hierrights. *See United States v. Griffin*, 922 F.2d 1343 (8th Cir. 1990).

1

3.       Ms. Marquez-Melendez's statement was not voluntary. *See Mincey v. Arizona*, 437 U.S. 385 (1978).

This motion is based upon evidence to be adduced at the Motions Hearing and such argument and authorities as will be submitted thereafter.

Dated: March 9, 2023

**JOHNSON & GREENBERG, PLLP**

<u>s/Lee R. Johnson</u>
Lee R. Johnson #189935
5775 Wayzata Boulevard
Suite 700
St. Louis Park, MN 55416
(952) 545-1621

Attorney for Defendant
Venus Mildred Marquez-Melendez