UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO 23-12 (3) (SRN/ECW)

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| | ) | |
| v. | ) | **MEET AND CONFER** |
| | ) | **STATEMENT** |
| **VENUS MILDRED MARQUEZ-MELENDEZ** | ) | |
| | ) | |
| **Defendant** | ) | |

The undersigned counsel for Defendant Venus Mildred Marquez-Melendez, hereby certifies that, as required by Rule 12.1(b) of the Local Rules of the United States District Court for the District of Minnesota, he met with Assistant United States Thomas Hollenhorst, via telephone, on March 9, 2023, during which he listed the motions he intended to file on Ms. Marquez-Melendez's behalf and identified the motions that would likely be contested.

Dated: March 9, 2023.

**JOHNSON & GREENBERG, PLLP**

*s/Lee R. Johnson*
Lee R. Johnson #189935
5775 Wayzata Boulevard
Suite 700
St. Louis Park, MN 55416
(952) 545-1621

Attorney for Defendant
Venus Mildred Marquez-Melendez